```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
MALIKAH SHABAZZ, et al.,                                             :
                                                                     :
                         Plaintiff,                                  :
                                                                     :       21-cv-3069 (LJL)
         -v-                                                         :
                                                                     :       ORDER
SONYA HARVEY, et al.,                                                :
                                                                     :
                         Defendant.                                  :
                                                                     :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      For the reasons stated at the conference held today, April 23, 2021, Plaintiffs' motion for a preliminary injunction, at Dkt. No. 4, is DENIED.

      The Court will hold an initial pretrial conference at 12:00 p.m. on May 21, 2021. The parties are directed, by one week before that conference, to file a proposed case management plan and scheduling order pursuant to the Court's individual practices.

      As stated at conference, Defendants' time to answer the Complaint is ADJOURNED pending further order of the Court.

      SO ORDERED.

Dated: April 23, 2021
      New York, New York
                                                   LEWIS J. LIMAN
                                                   United States District Judge